**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 10-CR-836-JLS |
| ) | |
| Plaintiff, ) | **JUDGMENT AND ORDER OF** |
| ) | **DISMISSAL OF FIRST** |
| v. ) | **SUPERSEDING INDICTMENT** |
| ) | |
| NIZA ELENA VALDIVIA-RUELAS, ) | |
| aka "La Madrina," ) | |
| aka "Niza Alarid," and ) | |
| CESAR ALARID-REBOLLEDO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the First Superseding Indictment in Criminal Case No. 10-CR-836-JLS, charging defendants Niza Elena VALDIVIA-Ruelas, also known as ("aka") "La Madrina," aka "Niza Alarid," and Cesar ALARID-Rebolledo, is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: February 8, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge